THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRANCE JOHNSON, Appellant.

Submitted June 29, 2009; decided August 27, 2009

Reported below, 60 AD3d 1396.

Motion for assignment of counsel granted and David C. Schopp, Esq., Legal Aid Bureau of Buffalo, 237 Main Street, Suite 1602, Buffalo, New York 14203 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARDO MARTINAJ, Appellant.

Submitted July 27, 2009; decided August 27, 2009

Reported below, 56 AD3d 349.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.